## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:  ALLAN HAAS,                    Case No.: 11-39056-JES
        Debtor.                    Chapter 13

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

ALLAN HAAS has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your Rights May be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

MILLER & MILLER LAW, LLC
Attorney Jason S. Crye
735 West Wisconsin Avenue
Suite 600
Milwaukee, Wisconsin 53233
(414) 277-7742
(414) 277-1303

You must also mail a copy to:

        Attorney Jason S. Crye
        MILLER & MILLER LAW, LLC
        735 West Wisconsin Avenue
        Suite 600
        Milwaukee, Wisconsin 53233

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is

    **X**   **the Debtor;**

    ____ the Chapter 13 Trustee (post-confirmation only);

    ____ the holder of an unsecured claim (Name: _____ ) (post-confirmation modification only).

2. This is a request to modify a Chapter 13 Plan:

    A. ____ post-confirmation;

    B. **X**  **pre-confirmation;**

        i. __ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b);

        ii. **X** Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

            Associated Bank.

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

        **Provide interest on the secured portion of claim 8-1 of Associated Bank.**

4. The reason(s) for the modification is/are:

5.   A. ____ The Chapter 13 Plan confirmed or last modified on _____ is modified as follows:

   B. __X__ The unconfirmed Chapter 13 Plan, dated January 12, 2012, is modified as follows:

   1. **Associated Bank filed a claim (Claim 8-1) with a secured portion of $5,000.00. The trustee shall pay this $5,000.00 as a secured debt together with 5.25% interest, and the balance of the claim shall be treated as a general unsecured creditor.**

   2. **Debtor will increase his monthly payment to $643.00 per month to make the plan feasible.**

   All remaining terms and provisions of the plan are unaffected unless specifically addressed herein. In the event of a conflict between the original plan and the modification set forth above, the later shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

CERTIFICATION

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

_____           _____
Debtor                             Date

_____           _____
Debtor                             Date

OR

2. I _Jason S. Crye_, attorney for debtor(s) _Allen Haas_ _____, certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

_____           _8/31/12_____
Counsel for the debtor(s)          Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: _August 31, 2012_         Attorneys for        Miller & Miller, LLC.

at City, State.                   By:                 Jason S. Crye

Milwaukee, Wisconsin              Bar No.             1061158

MILLER & MILLER LAW, LLC
Attorney Paula R. Brunner
735 West Wisconsin Avenue
Suite 600
Milwaukee, Wisconsin 53233
(414) 277-7742
(414) 277-1303

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: ALLAN HAAS,
       Debtor.

Case No.: 11-39056-JES
Chapter 13
CERTIFICATE OF MAILING

STATE OF WISCONSIN)
               ) SS
MILWAUKEE COUNTY)

Stacey Martinez, being sworn states that on August 31, 2012, mailed properly enclosed in a postpaid envelope, copy of the **Notice and Request to Modify Chapter 13 Plan**, that was filed with the court, to the following named persons at their proper post office address after their respective names:

**Associated Bank**
**200 N. Adams Street**
**Green Bay, WI 54307**

**Allan Haas**
**1950 Windsor Circle**
**Glendale, WI 53029**

Trustee Mary Grossman- via ECF

U.S. Bankruptcy Trustee - via ECF

Subscribed and sworn to before
me this 31st day of August, 2012.

/s/
Jason S. Crye
Notary Public, State of Wisconsin
My commission is permanent.

/s/
Stacey Martinez
**MILLER & MILLER LAW, LLC**
735 W. Wisconsin Avenue, Suite 600
Milwaukee, WI 53233
(414) 277-7742